COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Joe Anthony Beames, Personal Representative of the Estate of
                            Deborah Kay Davis v. Edwin Howard Hooks, Jr.

Appellate case number:      01-14-00105-CV

Trial court case number:    D-1-GN-07-003482

Trial court:                98th District Court of Travis County

Generally, a notice of appeal is due within 30 days after the judgment is signed. *See* TEX. R. APP. P. 26.1. The time to file a notice of appeal may also be extended if, within 15 days after the deadline to file the notice of appeal, a party properly files a motion for extension and the notice of appeal. *See* TEX. R. APP. P. 10.5(b), 26.3.

Appellant appeals a judgment signed by the trial court on November 4, 2013. Appellant's notice of appeal was due December 4, 2013. *See* TEX. R. APP. P. 26.1. Appellant filed his notice of appeal on December 13, 2013. The Court will imply a motion for extension when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1, but within the 15-day grace period provided by Rule 26.3. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Because appellant filed his notice of appeal within the 15-day grace period provided by Rule 26.3 and provided a reasonable explanation for the late filing, we find that appellant's notice of appeal is timely. *Id.* We **DISMISS** appellant's motion for extension filed on December 23, 2013 as moot.

It is so ORDERED.


Judge's signature: /s/ Evelyn V. Keyes
                    ☑ Acting individually     ☐ Acting for the Court


Date: March 4, 2014